Per Curiam.
 

 This statute does not alter the nature of the offence, and though the defendant is only to be punished corporally for the first offence, a conviction in this case may affect his life, and therefore he must be allowed his challenges. See 2 Inst. 164.
 

 The prisoner was found guilty on Saturday the 8th inst. and the court passed the following judgment upon him.
 

 That he be branded in the presence of the court, on the inside of the left hand with the letter H, and on the inside of the right hand, with the letter T, between the hours of 12 and 4 o’clock this day, and immediately taken to the common whipping post, and there receive thirty nine lashes on his bare back. On Monday, Tuesday and Wednesday, the 10th, 11th and 12th instant, between the hours of 12 and 4 o’clock, stand two hours in the pillory each day; be imprisoned twelve months from this date, and that the sheriff of Knox county put this sentence in execution.